IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CARLTON J. WALKER,

    Plaintiff,

v.

JUDGE KATHY PALMER; JOHN A. FITZNER; and JONATHAN LOCKWOOD,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-171

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which Plaintiff filed an Objection, (doc. 8). Plaintiff's Objection is merely a reiteration of the claims he originally set forth in his Complaint. Moreover, Plaintiff does not dispute that his Complaint is barred by *res judicata*. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. Further, the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 18th day of January, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA